IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
                    Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
CCWII TRAVIS; WARDEN RENEE
BAKER; ASS. DIRECTOR SHERYL
FOSTER; A.W.G. BURNHAM; JUDGE
GARY D. FAIRMAN; WHITE PINE
COUNTY CLERK; WHITE PINE
COUNTY COURT ADMIN.; JAMES G.
COX; AND NDOC UNKNOWNS A-G,
                    Respondents.

No. 77049



FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

The challenged order only resolves the claims asserted against defendant Vickie Johnson. As appellant acknowledges in his docketing statement, it appears that claims against other defendants remain pending in the district court. Accordingly, the order is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that resolves all issues presented in a case, leaving nothing for the court's future consideration). As no other statute or court rule appears to permit an appeal from the challenged order, *see Brown v. MHC Stagecoach*, 129 Nev.

18-907627

343, 345, 301 P.3d 850, 851 (2013) (this court lacks jurisdiction where no statute or court rule authorizes an appeal), we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Steve L. Dobrescu, District Judge
Felton L. Matthews, Jr.
Marquis Aurbach Coffing
Attorney General/Ely
White Pine County Clerk

---

[1]Given this order we take no action on the notice of appearance filed on November 9, 2018.

Supreme Court
OF
Nevada

(O) 1947A